| Attorney or Party without Attorney:<br>BURSOR & FISHER, P.A.<br>Philip L. Fraietta, Esq.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646.837.7150<br>Attorney For: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | | |
| Plaintiff: Kenneth Hallihan, et al.<br>Defendant: The Travelers Companies, Inc. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:19-cv-09961 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Individual Practices of Judge Cathy Seibel

3. a. Party served:     The Travelers Companies, Inc.
   b. Person served:   Michele Taylor, General Agent, Corporation Service Company, Registered Agent
                       Desc: African American, Female, Age: 62, Hair: Black, Height: 5'3", Weight: 135

4. Address where the party was served:   50 Weston St., Hartford, CT 06120

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Oct 30 2019 (2) at: 03:20 PM

6. **Person Who Served Papers:**
   a. Michael Walton                                          d. *The Fee* for Service was:
   b. **FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury that the foregoing is true and correct.

11/5/19
(Date)                                                                                   (Signature)



PROOF OF
SERVICE

3930174
(323391)